THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Allen J.
 Capers, Appellant.
 
 
 

Appeal From Charleston County
 Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2008-UP-026
Submitted January 2, 2008  Filed January
 10, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of the South Carolina
 Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for
 Respondent.
 
 
 

PER CURIAM: 
 Allen J. Capers (Appellant) pled guilty to multiple counts of kidnapping and
 armed robbery and received concurrent sentences of twenty-six years in prison. 
 On appeal, counsel for Appellant has filed a final brief along with a petition
 to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be
 relieved.          
APPEAL DISMISSED.[1]
HEARN, C.J., and KITTREDGE and THOMAS, JJ., concur.

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.